UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. MAGUIRE,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUY ORTHOPAEDICS, INC.,<br><br>    Defendants. | Case No. 1:24-cv-01031-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS ONLY<br><br>(ECF No. 15) |

On February 12, 2025, Attorney Phillip Bourdette, counsel for Plaintiff, and Attorney Erin M. Pauley, counsel for all Defendants in this case, filed a joint stipulation dismissing all claims with prejudice against only the following Defendants: (1) DePuy Synthes, Inc.; (2) DePuy Synthes Products, Inc.; (3) DePuy Synthes Sales, Inc. d/b/a DePuy Synthes Joint Reconstruction; (4) DePuy International Limited; (5) DePuy Ireland Unlimited Company; (6) Johnson & Johnson Services, Inc.; (7) Johnson & Johnson International, Inc.; (8) Johnson & Johnson; (9) DePuy Inc.; and (10) DePuy Synthes Johnson & Johnson Ireland Ltd. (ECF No. 15). The parties further agreed that each party would bear their own fees, costs, and expenses.

In light of the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED as follows:

1. The case against only the following Defendants has been dismissed with prejudice and with each party to bear their own fees, costs, and expenses: (1) DePuy Synthes, Inc.; (2) DePuy Synthes Products, Inc.; (3) DePuy Synthes Sales, Inc. d/b/a DePuy Synthes Joint

1  Reconstruction; (4) DePuy International Limited; (5) DePuy Ireland Unlimited Company; (6) Johnson & Johnson Services, Inc.; (7) Johnson & Johnson International, Inc.; (8) Johnson & Johnson; (9) DePuy Inc.; and (10) DePuy Synthes Johnson & Johnson Ireland Ltd.

2. The Clerk of Court is respectfully directed to terminate only the following Defendants as pending Defendants on the docket: (1) DePuy Synthes, Inc.; (2) DePuy Synthes Products, Inc.; (3) DePuy Synthes Sales, Inc. d/b/a DePuy Synthes Joint Reconstruction; (4) DePuy International Limited; (5) DePuy Ireland Unlimited Company; (6) Johnson & Johnson Services, Inc.; (7) Johnson & Johnson International, Inc.; (8) Johnson & Johnson; (9) DePuy Inc.; and (10) DePuy Synthes Johnson & Johnson Ireland Ltd.

IT IS SO ORDERED.

Dated:  **February 13, 2025**            /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE

2